IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:19CR103 |
| | ) | |
| TEVIN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. The following motions are DISMISSED:

(Doc. 16) Motion for Discovery, and

(Doc. 20) Motion for Reciprocal Discovery.

A hearing will be set by separate order to address the (Doc. 15) Motion to Suppress.

SO ORDERED, this 16th day of January 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA